**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**June 8, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

_____

SIMON CHAVEZ-GOVEA,

    Petitioner,

v.

MERRICK B. GARLAND, United States
Attorney General,

    Respondent.

No. 22-9512
(Petition for Review)

_____

**ORDER AND JUDGMENT***
_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.
_____

This matter is before the court on the Respondent's Unopposed Motion to

Remand (the "Motion"). Upon consideration, the Motion is granted, as modified by

this order.

The order filed by the Board of Immigration Appeals (the "Board") filed

February 7, 2022, is vacated. This matter is remanded fully to the Board to conduct

any and all additional proceedings it deems necessary and appropriate to address the

---

    * After examining the Motion, the opening brief, and the administrative record,
this panel has determined unanimously that oral argument would not materially assist
in the determination of this case. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).
The case is therefore ordered submitted without oral argument. This order and
judgment is not binding precedent, except under the doctrines of law of the case, res
judicata, and collateral estoppel. It may be cited, however, for its persuasive value
consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

matters raised in the Motion. The additional request to stay the briefing schedule is denied as unnecessary.

The parties have agreed that the petitioner will not be subject to removal pending the Board's decision in the proceedings on remand.

This proceeding is dismissed. A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

Per Curiam